

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

RICHARD & ELIZABETH HOLSWORTH  :
: CIVIL ACTION NO.: 05 cv 1116
v.  :
:
PHILIP J. BERG, ESQUIRE, et al.  :

DISCLOSURE STATEMENT FORM

Please check one box:

- ☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock. **Not Applicable**

- ☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporations(s) and publicly held corporation(s) that owns 10% or more of its stock: **Not Applicable**

**None of Carpenters Defendants are corporations. The undersigned counsel for all Carpenters Defendants, in the above-captioned action, further certifies that there are no parents, trusts, subsidiaries and/or affiliates of said part(ies) that have issued shares or debt securities to the public.**

Signature s/ERIC B. MEYER     EBM2591

Date March 9, 2005

Counsel for: All Carpenters Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
   (b) TIME FOR FILING; SUPPPLEMENTAL FILING. A party must:
      (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
      (2)   promptly file a supplemental statement upon any change in the information that the statement requires.