IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD HOLSWORTH, : CIVIL ACTION
ELIZABETH HOLSWORTH :
: No. 05-1116
Plaintiffs, :
:
v. :
:
PHILIP J. BERG, ESQ., :
:
Defendant. :

## ORDER

AND NOW, this 26th day of July, 2005, it is HEREBY ORDERED that this Court's Order dated July 13, 2005 (Doc. No. 11), denying Defendant's Motion for Reconsideration, is VACATED.[1]

BY THE COURT:

J. CURTIS JOYNER, J.

---

[1] A preliminary draft version contained on a computer disk was inadvertently submitted to the Clerk of Courts instead of the Memorandum and Order signed by this Court on July 13, 2005. The correct and final Order denying Defendant's Motion for Reconsideration of this Court's June 3, 2005 Order imposing Rule 11 Sanctions (Doc. No. 8) will be reissued and entered on the docket on this date.