UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4033

RICHARD HOLSWORTH; ELIZABETH HOLSWORTH

v.

PHILIP J. BERG; CARPENTERS HEALTH AND WELFARE FUND OF
PHILADELPHIA AND VICINITY; CARPENTERS PENSION AND
ANNUITY FUND OF PHILADELPHIA AND VICINITY; CARPENTERS
SAVINGS FUND OF PHILADELPHIA AND VICINITY;
CARPENTERS
JOINT APPRENTICE COMMITTEE; NATIONAL APPRENTICESHIP AND
HEALTH AND SAFETY FUND; METROPOLITAN REGIONAL COUNSEL
OF CARPENTERS, EASTERN FUND; UNITED BROTHERHOOD OF
CARPENTERS; CARPENTERS POLITICAL ACTION COMMITTEE OF
PHILADELPHIA AND VICINITY

Philip J. Berg,

Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 05-CV-01116
District Judge: The Honorable J. Curtis Joyner

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
April 17, 2009

Before: McKEE, SMITH, and VAN ANTWERPEN, *Circuit Judges*

JUDGMENT

_____This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on April 17, 2009. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on July 29, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the appellant.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: April 17, 2009

Costs taxed hereto in favor of Appellee, as follows:

Brief..............................$30.03
Postage..........................$12.50
Total..............................$42.53

Certified as a true copy and issued in lieu of a formal mandate on 05/12/09

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**